CLOSED,FPD

Email All Attys

Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:25–mj–00316–JCB–1

Case title: USA v. Ratliff

Date Filed: 03/26/2025

Date Terminated: 04/01/2025

---

Assigned to: Magistrate Judge
Jared C. Bennett

**Defendant (1)**

| | | |
|---|---|---|
| **John Reich Ratliff** | represented by | **Nathan K. Phelps** |
| *TERMINATED: 04/01/2025* | | FEDERAL PUBLIC DEFENDER |
| | | DISTRICT OF UTAH |
| | | 46 W BROADWAY STE 110 |
| | | SALT LAKE CITY, UT 84101 |
| | | (801)524–4010 |
| | | Email: nathan_phelps@fd.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or Community* |
| | | *Defender Appointment* |
| | | *Bar Number:* |
| | | *Bar Status: Federal* |

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                        **Disposition**

/

**Plaintiff**

USA                                represented by   **Carlos A. Esqueda**
                                                  US ATTORNEY'S OFFICE
                                                  111 S MAIN ST STE 1800
                                                  SALT LAKE CITY, UT 84111−2176
                                                  (801) 524−5682
                                                  Email: carlos.esqueda@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Assistant US Attorney*
                                                  *Bar Number: 5386*
                                                  *Bar Status: Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2025 | 1 | Arrest (Rule 5) of John Reich Ratliff Warrant out of the USDC Central District of California. Assigned to Magistrate Judge Jared C. Bennett (Attachments: # 1 Warrant)(reb) (Entered: 03/26/2025) |
| 03/26/2025 | 2 | ORDER SETTING HEARING OR TRIAL as to John Reich Ratliff.<br><br>Initial Appearance − Rule 5 set for 3/27/2025 at 11:30 AM in Rm 8.400 before Magistrate Judge Jared C. Bennett.<br><br>Signed by Magistrate Judge Jared C. Bennett on 3/26/2025.(reb) (Entered: 03/26/2025) |
| 03/27/2025 | 3 | AMENDED ORDER SETTING HEARING OR TRIAL as to John Reich Ratliff. Initial Appearance − Rule 5 set refor 4/1/2025 at 11:00 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead. Signed by Magistrate Judge Jared C. Bennett on 3/27/25.(ksm) (Entered: 03/27/2025) |
| 03/28/2025 | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to John Reich Ratliff. (alf) (Entered: 03/28/2025) |
| 03/28/2025 | 5 | DOCKET TEXT ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to John Reich Ratliff (1). Signed by Magistrate Judge Jared C. Bennett on 3/28/2025. No attached document. (alf) (Entered: 03/28/2025) |
| 03/28/2025 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to John Reich Ratliff for 4/1/2025 11:00 a.m. before Magistrate Judge Dustin B. Pead. (alf) (Entered: 03/28/2025) |
| 03/31/2025 | 9 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to John Reich Ratliff. (alf) (Entered: 04/01/2025) |
| 03/31/2025 | 10 | DOCKET TEXT ORDER granting 9 Motion for Writ of Habeas Corpus ad prosequendum as to John Reich Ratliff (1). Signed by Magistrate Judge Jared C. Bennett on 3/31/2025. No attached document. (alf) (Entered: 04/01/2025) |
| 03/31/2025 | 11 | Writ of Habeas Corpus ad Prosequendum Issued as to John Reich Ratliff for 4/1/2025 11:00 a.m. before Magistrate Judge Dustin B. Pead. (alf) (Entered: 04/01/2025) |

| 04/01/2025 | 7 | **RESTRICTED – Level 2** PRETRIAL SERVICES REPORT as to John Reich Ratliff (bos) (Entered: 04/01/2025) |
|---|---|---|
| 04/01/2025 | 12 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Initial Appearance in Rule 5/5.1 Proceedings as to John Reich Ratliff held on 4/1/2025. Defendant present with counsel and in custody. Rights and penalties are explained. Defendant moves for counsel be appointed. Financial affidavit submitted and reviewed by the Court. The Court grants the motion and appoints FPD counsel, Nathan Phelps. Waiver of Identity Hearing is entered on the record. Defendant submits to the issue of detention for resolution in the charging district. For the reasons stated on the record, the Court orders defendant detained in USMS custody for transportation to the Central District of California. Attorney for Plaintiff: Carlos Esqueda, Attorney for Defendant: Nathan Phelps, FPD. Interpreter: Not Needed. Probation Officer: Eli Ernst. Recording: Electronic. (Time Start: 11:05:22, Time End: 11:08:46, Room 8.400). (tls) (Entered: 04/01/2025) |
| 04/01/2025 | 13 | Oral MOTION to Appoint Counsel filed by John Reich Ratliff. (tls) (Entered: 04/01/2025) |
| 04/01/2025 | 14 | DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Reich Ratliff Nathan K. Phelps for John Reich Ratliff appointed. No attached document.<br><br>Representation shall continue for any post–sentencing activities initiated by the US Probation Office. Signed by Magistrate Judge Dustin B. Pead on 04/01/2025. (tls) (Entered: 04/01/2025) |
| 04/01/2025 | 15 | **RESTRICTED – Level 3** CJA 23 Financial Affidavit filed by John Reich Ratliff (tls) (Entered: 04/01/2025) |
| 04/01/2025 | 16 | WAIVER of Rule 5(c)(3) Hearing by John Reich Ratliff (tls) (Entered: 04/01/2025) |
| 04/01/2025 | 17 | COMMITMENT TO ANOTHER DISTRICT as to John Reich Ratliff. Defendant committed to District of Central District of California. Signed by Magistrate Judge Dustin B. Pead on 04/01/2025.(tls) (Entered: 04/01/2025) |

AO 91 (Rev. 11/11)   Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT

03/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MC _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California  ▾

**FILED**
CLERK, U.S. DISTRICT COURT

03/18/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KC _____ DEPUTY

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) |
| John Reich Ratliff | ) |
|  | ) |
|  | ) |
|  | ) |

Case No.

5:25-mj-00137-DUTY

_____
*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 4, 2020___ in the county of ___San Bernardino___ in the ___Central___ District of ___California___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 1542 | False Statement in Application for a Passport. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Collier, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   March 18, 2025
_____

_____
*Judge's signature*

City and state:    Riverside, California

Honorable Sheri Pym, Magistrate Judge
_____
*Printed name and title*

*AUSA:* Peter Dahlquist; Miles Robi

## **AFFIDAVIT**

I, David Collier, being duly sworn, declare and state as follows:

### I.  **PURPOSE OF AFFIDAVIT**

1.  This affidavit is made in support of a criminal complaint and arrest warrant against John Reich Ratliff ("RATLIFF"), who submitted a passport application in the name of "Michael John Johannes" on November 4, 2020, for a violation of Title 18, United States Code, Section 1542 (False Statement in Application for a Passport).

2.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. **BACKGROUND OF AFFIANT**

3.  I am a Special Agent with the Department of State Diplomatic Security Service ("DSS"), currently assigned to the Los Angeles Field Office.  DSS Special Agents are empowered under Title 22, United States Code, Section 2709 to investigate passport and visa fraud.

1

4.   I have been employed by DSS for two years.  Prior to being employed with DSS, I was a Special Agent with the Department of the Army Criminal Investigation Division.  I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Program, the Department of State's Basic Special Agent Course, and the Department of the Army's Basic Special Agent Course.  I receive ongoing training in the laws, rules, and regulations concerning passports.

### III.  <u>SUMMARY OF PROBABLE CAUSE</u>

5.   On November 4, 2020, RATLIFF, purporting to be "Michael John Johannes," submitted Form DS-11, an Application for a U.S. Passport, at the Post Office in Crestline, California.  As proof of identity and citizenship as "Michael John Johannes," RATLIFF presented a U.S. Virgin Islands birth certificate and a U.S. Virgin Islands driver's license.  From communications with officials in the U.S. Virgin Islands, I learned that both the birth certificate and driver's license were fraudulent.

6.   RATLIFF applied for the passport at the same time Kenneth Ratliff applied for a passport.  Kenneth Ratliff and RATLIFF listed the same mother on their applications, Yvonne Reich Ratliff.  Kenneth Ratliff presented a Utah driver's license as part of the application.  While investigating the true identity of "Michael John Johannes," I discovered a booking photograph of RATLIFF from a 2016 arrest in Cache County, Utah.  The booking photograph of RATLIFF appears to be the same person

in the passport photograph for the application in the name of "Michael John Johannes."

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

7.    Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    RATLIFF Applied for Passport and Fraud Prevention Manager Referred the Application to DSS**

8.    On November 4, 2020, an individual purporting to be "Michael John Johannes" submitted Form DS-11, an Application for a U.S. Passport with control number 781132563, at the U.S. Post Office in Crestline, California, within San Bernardino County. As proof of identity and citizenship, the applicant submitted a U.S. Virgin Islands Birth Certificate in the name of "Michael John Johannes" with a number ending in 1670 and a U.S. Virgin Islands driver's license in the name of "Michael John Johannes" with a number ending in 896.  The El Paso Passport Office Fraud Prevention Manager suspected the driver's license and the birth certificate the applicant provided with his application were fraudulent and referred the case to DSS for further investigation.

9.    The El Paso Passport Office Fraud Prevention Manager used facial recognition software to review the passport picture RATLIFF provided as part of his passport application.  Facial recognition returned a "positive result" for a picture of "Eugene Schoeman" from a Non-Immigrant Visa in 2005.  The passport picture of RATLIFF and the 2005 picture of the Non-

Immigrant Visa does appear to have similarities, including the ears and nose, but the 2005 picture depicts a much younger, thinner man so it is hard to tell whether it is the same person just based comparing the images. Initially, I investigated whether RATLIFF's true name was "Eugene Schoeman," based on the facial recognition result, but during the course of the investigation, I concluded the individual purporting to be "Michael John Johannes" was convicted as RATLIFF in Utah as outlined further below.

**B.     Identification Was Fraudulent and Facial Recognition Matches Picture of Non-Immigrant Visa Recipient**

10.   The birth certificate and the driver's license list the island of St. John, one of the U.S. Virgin Islands, as the location of birth and residence.  The birth certificate submitted with the application listed the "Department of Social and Health Services" and a hospital of "Our Lady of Lourdes." According to the Jose Balado, Department of State, San Juan Passport Agency Fraud Prevention Manager (who covers the U.S. Virgin Islands), the "Department of Social and Health Services" does not exist on the U.S. Virgin Islands and "Our Lady of Lourdes" hospital never existed on St. John.  The driver's license RATLIFF submitted had a street number listed on the address, however, according to Jose Balado, the U.S. Virgin Islands does not include street numbers on addresses, only the street name.

11.   On December 16, 2020, the Office of the Lieutenant Governor of the U.S. Virgin Islands verified there was no record

of birth for "Michael Johannes" on the island.  The verification document further stated the address listed on the driver's license was not a valid address on the island of St. John.  The document also stated the name of the medical clinic on St. John was Myrah Keating Smith Community Health Center, not "Our Lady of Lourdes" hospital.

12.  As part of the application, RATLIFF provided a photo to be used in the passport along with the completed DS-11.

13.  RATLIFF applied for the passport at the same time as Kenneth Ratliff applied for a passport.  Kenneth Ratliff and RATLIFF listed the same mother on their DS-11, Yvonne Reich Ratliff.  Kenneth Ratliff presented a Utah driver's license as part of the application.

14.  While investigating the identity of the applicant who submitted a passport application in the name of "Michael John Johannes," I found a news article with information on an arrest record of RATLIFF.  I requested a copy of the arrest record and booking photograph from the Cache County Sheriff's Office.  I received a copy of the booking photograph from Janet Baker, Cache County Sheriff's Office Records.  The photograph of RATLIFF appeared to be the same individual depicted in the passport photograph submitted with the passport application for "Michael John Johannes":

///

///

///

5





*Photograph from 2020 DS-11*          *2016 Booking Photograph*

15. Reviewing the images, the similarities are most apparent to me in the curve of the nose, shape of the nose, the chin, the complexion, and style of the hair.

16. The news article, and subsequent verification through the files of the Utah Identification Bureau, revealed RATLIFF was arrested in 2016. RATLIFF was convicted of felony possession of a forgery device, and misdemeanor failure to disclose his identity and interfering with an arresting officer.

17. I received a copy of the police report related to the 2016 arrest from the Logan County Police Department Records unit. The police report, number 16-L1265, noted the following:

    a. A complainant called saying an intoxicated male was knocking and trying to enter the complainant's home. When police arrived, they identified a male on the porch who appeared intoxicated. The man was arrested and searched, which revealed

a U.S. Virgin Island's driver's license in the name of "John Michael Goodson," and credit cards in the name of "Ken Ratliff."

    b.    The officer knew Ken Ratliff and contacted Ken, who claimed he was a friend of John Goodson.  Booking deputies identified the person's real identity as RATLIFF, and a follow up investigation by the investigating officer revealed the U.S. Virgin Island's driver's license did not match the American Association of Motor Vehicle Administrators ID check guide for the year it claimed to be issued.

    c.    The officer noted phone conversations between RATLIFF and Kenneth while RATLIFF was in jail, at which time RATLIFF and Kenneth referenced each other as brothers, but RATLIFF told Kenneth to refer to him as John Goodson and say they were business partners.

    18.    The Utah Identification Bureau files also noted RATLIFF was previously arrested in 2002 for aggravated assault and driving under the influence with a plea of no contest. After the plea of no contest, RATLIFF failed to appear for a sentencing in April 2003 and a warrant was issued for his arrest.  There were additional misdemeanor convictions in 1996 for narcotics possession and in 1998 for driving under the influence of alcohol/drugs.

    19.    The Utah Identification Bureau files also contained an arrest record from 2010 connected to the same fingerprints of RATLIFF, but using a different name.  The record indicated the Subject used the name "John Michael Goodson", and he was arrested for hit and run, driving under the influence, criminal

mischief, assault on a police officer, and obstruction of justice. The adjudication was unknown in the document I reviewed. "John Goodsen" is the name provided on the Passport Application as the Emergency Contact.

20. As part of the passport application, RATLIFF also listed a Social Security Number on the application form. The Social Security Administration confirmed the number provided was a valid Social Security Number, however the number was not assigned to an individual named "Michael John Johannes." A search of commercial databases revealed the Social Security Number was also not connected to RATLIFF.

21. On May 23, 2024, I called Yvonne Ratliff. Yvonne Ratliff answered the phone and confirmed that she was indeed Yvonne Ratliff. Yvonne Ratliff then stated that she would hand the phone to Kenneth Ratliff. A person who identified himself as Kenneth Ratliff then began speaking and stated he and Johannes shared the same mother, but further stated Johannes was born in an overseas U.S. territory. Kenneth Ratliff stated he had known Johannes his entire life. Kenneth Ratliff stated he did not know what schools Johannes had attended. Kenneth Ratliff stated he lived together with Johannes for approximately one year in California. Kenneth Ratliff stated he did not know where Johannes was currently living, nor did he know Johannes' phone number.

**C.   RATLIFF Runs from Special Agent Who Attempted Interview**

22.   On September 11, 2024, DSS Special Agent ("SA") Mark Thornton visited the address RATLIFF listed on his passport application for Yvonne Ratliff.  The address was in Tooele, Utah.

23.   SA Thornton knocked on the door, and after about 25 seconds, a man opened the door.  SA Thornton asked the man if he was Kenneth, and the man stated that he wasn't and started to move backwards.  SA Thornton then asked if the man was "Michael," which was the first name listed on the application in the name of "Michael John Johannes," and the man stated that he was Michael.  SA Thornton recognized Michael as the same person depicted in the passport photograph that was included in Michael John Johannes's passport application.  At that time, SA Thornton did not know the man's true identity as RATLIFF so he addressed him as Michael.

24.   SA Thornton introduced himself, presented his government issued credentials, and asked RATLIFF to come out on the porch and answer some questions about his passport application.  SA Thornton showed RATLIFF the application in the name of "Michael John Johannes" and asked if it was his application.  RATLIFF stated that he did not want to answer any questions because it would just be used against him.  SA Thornton showed him his passport picture that was submitted on the passport application and asked if it was him, but RATLIFF wouldn't answer.  RATLIFF said he would not answer any questions

9

because it would be detrimental to the safety of the nation.
RATLIFF stated that the highest levels of the U.S. government
and the European Union were working on clarifying his situation.
RATLIFF stated that anything further could hurt the safety and
security of the nation.  SA Thornton informed RATLIFF that he
had a security clearance so RATLIFF could answer.  RATLIFF
stated that he had no way of checking the clearance at that
time. RATLIFF stated that SA Thornton should reach out to his
chain of command as it pertains to RATLIFF and his situation.
RATLIFF stated that his story wasn't being portrayed accurately.
SA Thornton advised RATLIFF that he was there to get his side of
the story, and that this was RATLIFF's chance to tell it.  SA
Thornton asked RATLIFF to get the contact information for
RATLIFF's supervisor, and that SA Thornton would reach out to
them to start figuring out his story.  RATLIFF went into the
house to get the information.  At that point, SA Thornton
returned to his government issued vehicle and called 911 to
request local Tooele Police Department's assistance.  While
waiting for an officer to arrive, SA Thornton saw RATLIFF
running away from residence and heading East towards the
backyard and a fence line.  SA Thornton did not check the back
yard until a Tooele Police Department Officer arrived, at which
time RATLIFF was not located in the back yard.

25.  SA Thornton approached the house again with a Tooele
Police Department Officer, and an individual identifying himself
as Kenneth Ratliff answered the door and provided a driver's
license as proof of identity.  Kenneth Ratliff stated "Michael"

10

had left.  Kenneth Ratliff provided a phone number for "Michael" as a number with a Utah area code ending in 2037.

### D. Additional Research Shows JOHANNES May Have Worked for a Bank Ordered to Cease and Desist Operating Without Authorization

26. While investigating "Michael John Johannes," I found a California Cease and Desist Order from December 6, 2023, ordering Light Bank and Trust to cease and desist from engaging in the business of soliciting or receiving deposits or transacting business in the way or manner of a bank.  "Michael Johannes" is listed as the principal of the entity.  According to the order, on or about October 11, 2023, a California consumer visited the Light Bank and Trust website and made an online inquiry about loan options.  The next day, a person identifying himself as "Mike Johannes from Light Bank" called the consumer from a phone number with a Utah area code ending in 2037 (and the same number Kenneth Ratliff provided SA Thornton for "Michael") and left a voicemail message stating that he was calling to discussed the consumer's inquiry about interest rates for various loans.  He further stated that the interest rate would vary depending on the type of loan and invited the consumer to call him back to discuss the loan and request a digital application.

27. The phone number in the California Cease and Desist Order matched the phone number provided by Kenneth Ratliff as belonging to Michael John Johannes.

## V. <u>CONCLUSION</u>

28.  For all of the reasons described above, there is probable cause to believe that RATLIFF has committed a violation of Title 18, United States Code, Section 1542 (False Statement in Application for a Passport).


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this <u>18th</u> day of March 2025.

_____

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>JOHN REICH RATLIFF,<br><br>DEFENDANT | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: __5:25-mj-00137-DUTY__ |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **JOHN REICH RATLIFF** and bring

him forthwith to the nearest Magistrate Judge to answer a complaint charging him with

False Statement in Application for a Passport, in violation of Title 18 United States Code,

Section 1542.

REC: BY AUSA          [Detention]

__March 18, 2025__
Date

HONORABLE SHERI PYM

Signature of Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: M | HEIGHT: 508 | WEIGHT: 170 | HAIR: BRN/GREY | EYES: BLUE | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: 12/11/1975 | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE: |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |
| LAST KNOWN RESIDENCE: 1598 N. 210 E. Toole, UT 84074 | | | | LAST KNOWN EMPLOYMENT: | | | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: Diplomatic Security Service | INVESTIGATIVE AGENCY ADDRESS: Los Angeles Field Office |
|---|---|

NOTES:

Picture of John Reich Ratliff

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carlos A. Esqueda (carlos.esqueda@usdoj.gov, caseview.ecf@usdoj.gov,
erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Magistrate Judge Jared C. Bennett
(utdecf_bennett@utd.uscourts.gov)
--Non Case Participants: FPD/CJA Appointment Notice (utx_appointments@fd.org)
--No Notice Sent:

Message-Id:6097077@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00316-JCB USA v. Ratliff
```
Content–Type: text/html

**If you need assistance, call the Help Desk at (801)524–6100.**

## US District Court Electronic Case Filing System

### District of Utah

### Notice of Electronic Filing

The following transaction was entered on 3/26/2025 at 11:54 AM MDT and filed on 3/26/2025

**Case Name:**     USA v. Ratliff
**Case Number:**    <u>2:25–mj–00316–JCB</u>
**Filer:**
**Document Number:** 2(No document attached)
**Docket Text:**
 **ORDER SETTING HEARING OR TRIAL as to John Reich Ratliff.**

**Initial Appearance – Rule 5 set for 3/27/2025 at 11:30 AM in Rm 8.400 before Magistrate Judge Jared C. Bennett.**

**Signed by Magistrate Judge Jared C. Bennett on 3/26/2025.(reb)**

**2:25–mj–00316–JCB–1 Notice has been electronically mailed to:**

Carlos A. Esqueda     carlos.esqueda@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

**2:25–mj–00316–JCB–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carlos A. Esqueda (carlos.esqueda@usdoj.gov, caseview.ecf@usdoj.gov,
erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Magistrate Judge Jared C. Bennett
(utdecf_bennett@utd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6098218@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00316-JCB USA v. Ratliff
```
Content–Type: text/html

**If you need assistance, call the Help Desk at (801)524–6100.**

### US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered on 3/27/2025 at 9:41 AM MDT and filed on 3/27/2025

| | |
|---|---|
| **Case Name:** | USA v. Ratliff |
| **Case Number:** | <u>2:25–mj–00316–JCB</u> |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**AMENDED ORDER SETTING HEARING OR TRIAL as to John Reich Ratliff. Initial Appearance – Rule 5 set refor 4/1/2025 at 11:00 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead. Signed by Magistrate Judge Jared C. Bennett on 3/27/25.(ksm)**

**2:25–mj–00316–JCB–1 Notice has been electronically mailed to:**

Carlos A. Esqueda    carlos.esqueda@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

**2:25–mj–00316–JCB–1 Notice has been delivered by other means to:**

FELICE JOHN VITI, Acting United States Attorney (#7007)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:25-mj-00316 JCB |
| Plaintiff, | : | |
| vs. | : | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOHN REICH RATLIFF, | : | |
| Defendant. | : | |
| | : | |

_____

The United States Attorney for the District of Utah respectfully shows this

Honorable Court that the above named defendant, now being confined in the Salt Lake

County Jail (ADC), under the authority of the State of Utah, is to appear in United States

District Court for the District of Utah before the Honorable Magistrate Judge Dustin Pead

on the 1st day of April 2025, at 11:00 a.m., in-person appearance on the charges of

Passport fraud arising out of the Central District of California and appearing on a Rule 5

hearing and it is necessary that the defendant be present in person on said date, during

proceedings, appearances, and final disposition of the case; NOW, THEREFORE, your

petitioner respectfully prays that this Honorable Court do forthwith order a Writ of

Habeas Corpus Ad Prosequendum to issue from this Court to the Federal Bureau of

Investigation, United States Marshal for the District of Utah, or any other United States

Marshal, or Agent thereof, requiring him to serve said Writ on the Warden, or

Superintendent, or custodian of any place or institution where the said defendant is

confined, and requiring said agent, to produce said defendant before the Court on the

above stated date for proceedings and appearances upon the charge aforesaid, and to hold

the defendant at all times in his custody as an agent of the United States of America until

final disposition of the case, thereafter to return the defendant to the institution wherein

now confined.

DATED this 28th  day of March 2025.

FELICE JOHN VITI
United States Attorney


*/s/ Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carlos A. Esqueda (carlos.esqueda@usdoj.gov, caseview.ecf@usdoj.gov,
erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Magistrate Judge Jared C. Bennett
(utdecf_bennett@utd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6100631@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00316-JCB USA v. Ratliff Order on Motion for Writ of
Habeas Corpus ad prosequendum
```
Content−Type: text/html

**<span style="color:red">If you need assistance, call the Help Desk at (801)524−6100.</span>**

## US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered on 3/28/2025 at 3:48 PM MDT and filed on 3/28/2025

| | |
|---|---|
| **Case Name:** | USA v. Ratliff |
| **Case Number:** | 2:25−mj−00316−JCB |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
<span style="color:red">DOCKET TEXT ORDER granting [4] Motion for Writ of Habeas Corpus ad prosequendum as to John Reich Ratliff (1). Signed by Magistrate Judge Jared C. Bennett on 3/28/2025. No attached document. (alf)</span>

**2:25−mj−00316−JCB−1 Notice has been electronically mailed to:**

Carlos A. Esqueda    carlos.esqueda@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

**2:25−mj−00316−JCB−1 Notice has been delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:25-mj-00316 JCB |
| Plaintiff, | : | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | : | |
| JOHN REICH RATLIFF, | : | |
| Defendant. | : | |
| | : | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD: G R E E T I N G S :

We command you that you bring the body of JOHN REICH RATLIFF, now confined in the Salt Lake County Jail (ADC), before the Honorable Magistrate Judge Dustin Pead, presiding at Salt Lake City, Utah, on the 1st day of April, at 11:00 a.m. in-person appearance, of said day, and from day to day thereafter, for purposes of arraignment upon the charges pending against the defendant in the said United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and

final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this 28th day of March 2025.

BY THE COURT:

_____
DUSTIN PEAD
United States Magistrate Judge

In accordance with General Order No. 17-007, in the United States District Court for the District of Utah, Pretrial Services reports are made available to defense counsel and the government at the defendant's first court appearance. Pretrial Services Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

## PRETRIAL SERVICES REPORT

| District/Office<br>District Of Utah/Salt Lake City | Charge(s) (Title, Section, and Description)<br>**Count 1:** Title 18 U.S.C. § 1542 - False Statement in Application for a Passport. |
|---|---|
| Judicial Officer<br>Honorable Jared C. Bennett<br>Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>2:25-00316M-001 | |

## DEFENDANT

| Name<br>Ratliff, John Reich | Employer<br>Unknown |
|---|---|
| Alias(es)<br>Also Known As: Goodson, John<br>Also Known As: Goodman, John Reich<br>Also Known As: Goodson, John Reich<br>Also Known As: Goodson, John M<br>Also Known As: Ratliff, John<br>Also Known As: Goodson, John Micheal<br>Also Known As: Ratliff, John R | |
| Other alias names listed on the charging document | |

| Address<br>Unknown | | Employer Address<br>Unknown | |
|---|---|---|---|
| Address Since<br>Unknown | Time in Community of Residence<br>Unknown | Monthly Income<br>Unknown | Time with Employer<br>Unknown |

## NATURE AND CIRCUMSTANCES OF THE ALLEGED OFFENSE AND ARREST CONDUCT

On November 4, 2020, the defendant, purporting to be "Michael John Johannes," submitted Form DS-11, an Application for a U.S. Passport, at the Post Office in Crestline, California. As proof of identity and citizenship as "Michael John Johannes," the defendant presented a U.S. Virgin Islands birth certificate and a U.S. Virgin Islands driver's license. From communications with officials in the U.S. Virgin Islands, it was learned both the birth certificate and driver's license were fraudulent. the defendant applied for the passport at the same time Kenneth Ratliff applied for a passport. Kenneth Ratliff and the defendant listed the same mother on their applications, Yvonne Reich Ratliff. Kenneth Ratliff presented a Utah driver's license as part of the application.

Page 1

PS3 (09/20-Rev. for PACTS 11/17)                                                    John Reich Ratliff, / 2:25-00316M-001

The defendant is scheduled to appear on April 1, 2025, for an Initial Appearance on a one count Felony Complaint. He is the only person listed in the complaint.

The defendant was not interviewed in the preparation of this report. U.S. Pretrial Services and the defendant's attorney were in contact regarding an interview and if an interview takes place prior to the scheduled hearing, a verbal supplemental report will be made.

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

The defendant, age 49, was born on December 11, 1975, in Washington. As an interview was not conducted prior to this report being completed, any familial or residential ties the defendant may have to the community are unknown. Also, Pretrial Services is unaware of any meaningful employment or pro-social engagement.

The defendant's current marital status is unknown.

It is unknown if the defendant possesses a passport or has travelled and lived outside of the United States.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

There is no known employment for the defendant at this time.

**EDUCATION HISTORY:**

The defendant's highest level of education is unknown.

**HEALTH:**

**Physical Health:**

The current status of the defendant's physical health is unknown.

**Mental Health and Substance Abuse:**

The current status of the defendant's mental health and substance abuse history is unknown.

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history.

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 12/02/1994 (Age 18) | Third District Court - Salt Lake; Salt Lake City, UT; Case No.: 945035579 | Ct. 1: Reckless Driving, Class B Misd. Ct. 2: Operate Vehicle Without Insurance, Class B Misd. Ct. 3: Drive on Suspension, Class C Misd. Ct. 4: License Plate | 02/06/1995: Warrant issued, fail to appear 04/05/1995: Warrant recalled, Defendant booked 04/05/1994: Cts. 1-3: guilty; Ct. 2: dismissed; fine 03/14/1996: Warrant issued, fail to appear 04/16/1996: Warrant recalled, |

Page 2

PS3 (09/20-Rev. for PACTS 11/17)                                      John Reich Ratliff, / 2:25-00316M-001

| | | Violation, Class C Misd. | defendant booked<br>06/04/1996: Case closed |
|---|---|---|---|
| The defendant was represented by counsel. | | | |

| 12/11/1994<br>(Age 19) | Third District Court - Salt Lake; Salt Lake City, UT; Case No.: 941021152 | Ct. 1 Registration Expired, Infraction<br>Ct. 2: Possession of Controlled Substances, Class B Misd. | 12/21/1994: Cts. 1-2: guilty; fine<br>03/24/1995: Case closed |
|---|---|---|---|
| The defendant was represented by counsel. | | | |

| 01/27/1996<br>(Age 20) | North Park Police Department; North Park, UT; Case No.: Unknown | Ct. 1: Littering, Misd.<br>Ct. 2: Narcotic Possession, Misd.<br>Ct. 3: Marijuana Possession, Misd. | Unknown |
|---|---|---|---|
| Attorney representation is unknown. | | | |

| 03/24/1998<br>(Age 22) | First District Court - Cache County; Logan, UT; Case No.: 981100207 | Ct. 1: Fail to Stop at Command of Police Officer, Third Degree<br>Ct. 2: Driving Under the Influence of Drugs, Class B Misd.<br>Ct. 3: Right of Way Stop Sign, Class C Misd.<br>Ct. 4: Speeding, Class C Misd.<br>Ct. 5. Operating Vehicle Without Insurance, Class B Misd. | 06/23/1998: Cts. 1-2: guilty<br>CT. 1: amended; Cts. 3-5: dismissed<br>09/21/1998: 18 months jail; fine; |
|---|---|---|---|
| Attorney representation is unknown. | | | |

| 07/17/2002<br>(Age 26) | First District Court - Cache County; Logan, UT; Case No.: 021100547 | Ct. 1: Aggravated Assault, Third Degree Felony, Class A Misd.<br>Ct. 2: Driving Under the Influence of Drugs, Class B Misd.<br>Ct. 3: Fail to Remain at the Scene of Accident, Class B Misd. | 01/10/2003: Cts. 1-2: guilty; Ct. 1: amended; Cts. 3-5: dismissed<br>04/15/2003: Warrant issued, fail to appear<br>02/03/2016: Warrant recalled by the court<br>04/25/2016: 365 days jail, 180 suspended; 36 months |

PS3 (09/20-Rev. for PACTS 11/17)                                   John Reich Ratliff, / 2:25-00316M-001

| | | Ct. 4: Right of Way Stop Sign, Class C Misd.<br>Ct. 5: Drive on Wrong side of the Roadway, Class C Misd. | probation<br>11/23/2016: Warrant issued, fail to comply<br><br>Warrant still active |
|---|---|---|---|
| The defendant was represented by counsel. | | | |

| 05/24/2010<br>(Age 34) | Unified Police Department of Greater Salt Lake; West Valley City, UT;<br>Case No.: Unknown | Ct. 1: Obstruction of Justice, Misd.<br>Ct. 2: Hit and Run, Misd.<br>Ct. 3: Driving Under the Influence<br>Ct. 4: Criminal Mischief, Misd.<br>Ct. 5: Assault on Police Officer, Misd. | Unknown |
|---|---|---|---|
| Attorney representation is unknown. | | | |

| 01/25/2016<br>(Age 40) | First District Court - Cache County; Logan, UT;<br>Case No.: 161100083 | Ct. 1: Possess Forgery Writing Device, Third Degree Felony<br>Ct. 2: Assault by Prisoner, Third Degree Felony<br>Ct. 3: Interference with Arresting Officer, Class B Misd.<br>Ct. 4: Failure to Disclose Identity, Class B Misd.<br>Ct. 5: Intoxication, Class C Misd. | 03/14/2016: Cts. 1, 3-4: guilty; Cts. 2, 5: dismissed<br>04/25/2016: 5 years prison; 365 days jail; fine; 36 months probation<br>11/23/2016: Warrant issued, fail to comply<br><br>Warrant still active |
|---|---|---|---|
| The defendant was represented by counsel. | | | |

**Traffic Citations**

The defendant has received multiple traffic citations.

**PRESUMPTION OF DETENTION:** In accordance with General Order 17-007, and as permitted in Guide Vol 8A, § 170(e), the Court directs that a Pretrial Services Report shall address rebuttable presumptions and potential penalties. A presumption of detention does not apply. The charged offense appears not to be one listed under 18 U.S.C. § 3142(e)(3).

**ASSESSMENT OF NONAPPEARANCE:**

Page 4

<u>PS3</u> (09/20-Rev. for PACTS 11/17)                                    John Reich Ratliff, / 2:25-00316M-001

The defendant poses a risk of nonappearance for the following reasons:

1. Criminal History Including Record of Failure to Appear
2. Criminal Activity while under Supervision
3. History of Failure to Appear

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Violent Behavior History
2. Criminal Activity while under Supervision
3. Pattern of Similar Criminal Activity History

**Pretrial Risk Assessment (PTRA):** The PTRA is an objective, quantifiable instrument that provides a consistent and valid method of predicting risk of failure to appear, new criminal arrest, and technical violations while on pretrial release.

The defendant's PTRA Risk Score is 6 which falls within Category 2.

Out of a sample size of 181,739 defendants, 29% fell within Category 2, which predicts that 3% will Fail to Appear, 3% will have a New Criminal Arrest, 5% will either Fail To Appear or have a New Criminal Arrest, 4% will commit Technical Violations, and 9% will have either a Failure to Appear, New Criminal Arrest, or Technical Violation.

The outcomes for the full sample are represented in the table below.

| Risk Category | Number of Cases | Percentage of Total # of Cases | Risk Score | Failure To Appear | New Criminal Arrest | Failure to Appear/New Criminal Arrest | Technical Violation | Failure to Appear/ New Criminal Arrest/ Technical Violation |
|---|---|---|---|---|---|---|---|---|
| Category 1 | 52,677 | 29% | 0-4 | 1% | 1% | 2% | 1% | 3% |
| Category 2 | 52,653 | 29% | 5-6 | 3% | 3% | 5% | 4% | 9% |
| Category 3 | 49,920 | 27% | 7-8 | 4% | 5% | 10% | 9% | 18% |
| Category 4 | 21,779 | 12% | 9-10 | 6% | 7% | 15% | 15% | 28% |
| Category 5 | 4,710 | 3% | 11+ | 6% | 10% | 20% | 19% | 35% |
| Total # of Cases | 181,739 | 100% | The percentage of cases count to have committed a Failure to Appear, New Criminal Arrest, or Technical Violation for each Risk Category based on the total number of cases in that category. | | | | | |

| Pretrial Services Officer Eli Ernest U.S. Probation Officer | Date April 1, 2025 | Time 7:36 AM |
|---|---|---|
| Reviewed By Zachary C. McBride Supervisory U.S. Probation Officer | | |

Page 5

PS3 (09/20-Rev. for PACTS 11/17)    John Reich Ratliff, / 2:25-00316M-001

I acknowledge that in accordance with General Order 17-007, in the United States District Court for the District of Utah, defense counsel and the attorney for the government may retain this criminal history attachment of the Pretrial Services Report, and permit staff to review it for purposes of case preparation and guideline calculation estimates. The Court has authorized the U.S. Probation Office for the District of Utah to disclose the criminal history information. It should not be reproduced or re-disclosed under any circumstances. The criminal history information below is the result of a preliminary investigation and is not to be considered complete and entirely accurate at this time. The U.S. Probation Office is not authorized to discuss the information contained in this section with the parties.


_____          _____
Assistant U.S. Attorney                                               Defense Counsel



_____
U.S. Probation Officer

PS3 (09/20-Rev. for PACTS 11/17)                                    John Reich Ratliff, / 2:25-00316M-001

In accordance with General Order 17-007, in the United States District Court for the District of Utah, defense counsel and the attorney for the government may retain this criminal history attachment of the Pretrial Services Report, and permit staff to review it for purposes of case preparation and guideline calculation estimates. The Court has authorized the U.S. Probation Office for the District of Utah to disclose the criminal history information. It should not be reproduced or re-disclosed under any circumstances. The criminal history information below is the result of a preliminary investigation and is not to be considered complete and entirely accurate at this time. The U.S. Probation Office is not authorized to discuss the information contained in this section with the parties.

**PRIOR RECORD:**

The defendant reported. A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history.

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 12/02/1994 (Age 18) | Third District Court - Salt Lake; Salt Lake City, UT; Case No.: 945035579 | Ct. 1: Reckless Driving, Class B Misd. Ct. 2: Operate Vehicle Without Insurance, Class B Misd. Ct. 3: Drive on Suspension, Class C Misd. Ct. 4: License Plate Violation, Class C Misd. | 02/06/1995: Warrant issued, fail to appear 04/05/1995: Warrant recalled, Defendant booked 04/05/1994: Cts. 1-3: guilty; Ct. 2: dismissed; fine 03/14/1996: Warrant issued, fail to appear 04/16/1996: Warrant recalled, defendant booked 06/04/1996: Case closed |
| The defendant was represented by counsel. | | | |
| 12/11/1994 (Age 19) | Third District Court - Salt Lake; Salt Lake City, UT; Case No.: 941021152 | Ct. 1 Registration Expired, Infraction Ct. 2: Possession of Controlled Substances, Class B Misd. | 12/21/1994: Cts. 1-2: guilty; fine 03/24/1995: Case closed |
| The defendant was represented by counsel. | | | |
| 01/27/1996 (Age 20) | North Park Police Department; North Park, UT; Case No.: Unknown | Ct. 1: Littering, Misd. Ct. 2: Narcotic Possession, Misd. Ct. 3: Marijuana | Unknown |

Page 9

| | | Possession, Misd. | |
|---|---|---|---|
| Attorney representation is unknown. | | | |

| 03/24/1998 (Age 22) | First District Court - Cache County; Logan, UT; Case No.: 981100207 | Ct. 1: Fail to Stop at Command of Police Officer, Third Degree Ct. 2: Driving Under the Influence of Drugs, Class B Misd. Ct. 3: Right of Way Stop Sign, Class C Misd. Ct. 4: Speeding, Class C Misd. Ct. 5. Operating Vehicle Without Insurance, Class B Misd. | 06/23/1998: Cts. 1-2: guilty CT. 1: amended; Cts. 3-5: dismissed 09/21/1998: 18 months jail; fine; |
|---|---|---|---|
| Attorney representation is unknown. | | | |

| 07/17/2002 (Age 26) | First District Court - Cache County; Logan, UT; Case No.: 021100547 | Ct. 1: Aggravated Assault, Third Degree Felony, Class A Misd. Ct. 2: Driving Under the Influence of Drugs, Class B Misd. Ct. 3: Fail to Remain at the Scene of Accident, Class B Misd. Ct. 4: Right of Way Stop Sign, Class C Misd. Ct. 5: Drive on Wrong side of the Roadway, Class C Misd. | 01/10/2003: Cts. 1-2: guilty; Ct. 1: amended; Cts. 3-5: dismissed 04/15/2003: Warrant issued, fail to appear 02/03/2016: Warrant recalled by the court 04/25/2016: 365 days jail, 180 suspended; 36 months probation 11/23/2016: Warrant issued, fail to comply

Warrant still active |
|---|---|---|---|
| The defendant was represented by counsel. | | | |

| 05/24/2010 (Age 34) | Unified Police Department of Greater Salt Lake; West Valley City, UT; Case No.: Unknown | Ct. 1: Obstruction of Justice, Misd. Ct. 2: Hit and Run, Misd. Ct. 3: Driving Under the | Unknown |
|---|---|---|---|

Page 10

| | | Influence<br>Ct. 4: Criminal Mischief, Misd.<br>Ct. 5: Assault on Police Officer, Misd. | |
|---|---|---|---|
| Attorney representation is unknown. | | | |

| 01/25/2016<br>(Age 40) | First District Court - Cache County; Logan, UT;<br>Case No.: <u>161100083</u> | <u>Ct. 1</u>: Possess Forgery Writing Device, Third Degree Felony<br>Ct. 2: Assault by Prisoner, Third Degree Felony<br>Ct. 3: Interference with Arresting Officer, Class B Misd.<br>Ct. 4: Failure to Disclose Identity, Class B Misd.<br>Ct. 5: Intoxication, Class C Misd. | 03/14/2016: Cts. 1, 3-4: guilty; Cts. 2, 5: dismissed<br>04/25/2016: 5 years prison; 365 days jail; fine; 36 months probation<br>11/23/2016: Warrant issued, fail to comply |
|---|---|---|---|
| The defendant was represented by counsel. | | | |

Page 11

FELICE JOHN VITI, Acting United States Attorney (#7007)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
_____

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:25mj316 |
| Plaintiff, | : | |
| vs. | : | PETITION FOR WRIT OF |
| | : | HABEAS CORPUS AD |
| JOHN REICH RATLIFF, | | PROSEQUENDUM |
| | : | |
| Defendant. | : | |
| | : | |

_____

    The United States Attorney for the District of Utah respectfully shows this

Honorable Court that the above named defendant, now being confined in the Cache

County Jail, under the authority of the State of Utah, is to appear in United States District

Court for the District of Utah before the Honorable Magistrate Judge Dustin Pead on the

1st day of April 2025, at 11:00 a.m., in-person appearance on the charges of Passport

fraud arising out of the Central District of California and appearing on a Rule 5 hearing

and it is necessary that the defendant be present in person on said date, during

proceedings, appearances, and final disposition of the case; NOW, THEREFORE, your

petitioner respectfully prays that this Honorable Court do forthwith order a Writ of

Habeas Corpus Ad Prosequendum to issue from this Court to the Federal Bureau of

Investigation, United States Marshal for the District of Utah, or any other United States

Marshal, or Agent thereof, requiring him to serve said Writ on the Warden, or

Superintendent, or custodian of any place or institution where the said defendant is

confined, and requiring said agent, to produce said defendant before the Court on the

above stated date for proceedings and appearances upon the charge aforesaid, and to hold

the defendant at all times in his custody as an agent of the United States of America until

final disposition of the case, thereafter to return the defendant to the institution wherein

now confined.

DATED this 31st day of March 2025.

FELICE JOHN VITI
United States Attorney


*/s/ Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carlos A. Esqueda (carlos.esqueda@usdoj.gov, caseview.ecf@usdoj.gov,
erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Magistrate Judge Jared C. Bennett
(utdecf_bennett@utd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6103068@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00316-JCB USA v. Ratliff Order on Motion for Writ of
Habeas Corpus ad prosequendum
```
Content–Type: text/html

**If you need assistance, call the Help Desk at (801)524–6100.**

### US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered on 4/1/2025 at 10:12 AM MDT and filed on 3/31/2025

| | |
|---|---|
| **Case Name:** | USA v. Ratliff |
| **Case Number:** | 2:25–mj–00316–JCB |
| **Filer:** | |
| **Document Number:** | 10(No document attached) |

**Docket Text:**
**DOCKET TEXT ORDER granting [9] Motion for Writ of Habeas Corpus ad prosequendum as to John Reich Ratliff (1). Signed by Magistrate Judge Jared C. Bennett on 3/31/2025. No attached document. (alf)**

**2:25–mj–00316–JCB–1 Notice has been electronically mailed to:**

Carlos A. Esqueda    carlos.esqueda@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

**2:25–mj–00316–JCB–1 Notice has been delivered by other means to:**

_____

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

_____

UNITED STATES OF AMERICA,

                     Plaintiff,

     vs.

JOHN REICH RATLIFF,

                    Defendant.

:      2:25mj316 JCB

:      WRIT OF HABEAS CORPUS AD
       PROSEQUENDUM

:

:

:

:

_____

      TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD: G R E E T I N G S :

      We command you that you bring the body of JOHN REICH RATLIFF, now confined in the Cache County Jail, before the Honorable Magistrate Judge Dustin Pead, presiding at Salt Lake City, Utah, on the 1st day of April, at 11:00 a.m. in-person appearance, of said day, and from day to day thereafter, for purposes of arraignment upon the charges pending against the defendant in the said United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the

above-entitled case in the United States District Court, you return the defendant to the

institution where the defendant was confined, under safe and secure conduct, and have

you then and there make a return upon this Writ.

DATED this 31st day of March 2025.

BY THE COURT:



_____
DUSTIN PEAD
United States Magistrate Judge



```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carlos A. Esqueda (carlos.esqueda@usdoj.gov, caseview.ecf@usdoj.gov,
erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Nathan K. Phelps (geri_wynhof@fd.org,
nathan_phelps@fd.org), Magistrate Judge Jared C. Bennett (utdecf_bennett@utd.uscourts.gov)
--Non Case Participants: Probation Office - Pretrial (utp_pts_ecfnotice@utp.uscourts.gov),
US Marshals Office - Criminal Desk (emily.hill2@usdoj.gov, peter.mclaughlin@usdoj.gov,
slcusm.cellblock@usdoj.gov, tesha.hewlett@usdoj.gov)
--No Notice Sent:

Message-Id:6103707@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00316-JCB USA v. Ratliff Initial Appearance - Rule 5/5.1
Content-Type: text/html
```

**If you need assistance, call the Help Desk at (801)524–6100.**

### US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered on 4/1/2025 at 2:47 PM MDT and filed on 4/1/2025

| | |
|---|---|
| **Case Name:** | USA v. Ratliff |
| **Case Number:** | 2:25–mj–00316–JCB |
| **Filer:** | |
| **Document Number:** | 12(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Initial Appearance in Rule 5/5.1 Proceedings as to John Reich Ratliff held on 4/1/2025. Defendant present with counsel and in custody. Rights and penalties are explained. Defendant moves for counsel be appointed. Financial affidavit submitted and reviewed by the Court. The Court grants the motion and appoints FPD counsel, Nathan Phelps. Waiver of Identity Hearing is entered on the record. Defendant submits to the issue of detention for resolution in the charging district. For the reasons stated on the record, the Court orders defendant detained in USMS custody for transportation to the Central District of California.**

Attorney for Plaintiff: Carlos Esqueda, Attorney for Defendant: Nathan Phelps, FPD. Interpreter: Not Needed. Probation Officer: Eli Ernst. Recording: Electronic. (Time Start: 11:05:22, Time End: 11:08:46, Room 8.400). (tls)

**2:25–mj–00316–JCB–1 Notice has been electronically mailed to:**

Carlos A. Esqueda    carlos.esqueda@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

Nathan K. Phelps    nathan_phelps@fd.org, geri_wynhof@fd.org

**2:25–mj–00316–JCB–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Nathan K. Phelps (geri_wynhof@fd.org, nathan_phelps@fd.org), Carlos
A. Esqueda (carlos.esqueda@usdoj.gov, caseview.ecf@usdoj.gov, erica.arvizo@usdoj.gov,
jennifer.salt@usdoj.gov), Magistrate Judge Jared C. Bennett
(utdecf_bennett@utd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6103709@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00316-JCB USA v. Ratliff Motion to Appoint Counsel
```
Content–Type: text/html

**If you need assistance, call the Help Desk at (801)524–6100.**

## US District Court Electronic Case Filing System

### District of Utah

## Notice of Electronic Filing

The following transaction was entered on 4/1/2025 at 2:47 PM MDT and filed on 4/1/2025

| | |
|---|---|
| **Case Name:** | USA v. Ratliff |
| **Case Number:** | 2:25–mj–00316–JCB |
| **Filer:** | Dft No. 1 – John Reich Ratliff |
| **Document Number:** | 13(No document attached) |

**Docket Text:**
 **Oral MOTION to Appoint Counsel filed by John Reich Ratliff. (tls)**

**2:25–mj–00316–JCB–1 Notice has been electronically mailed to:**

Carlos A. Esqueda     carlos.esqueda@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

Nathan K. Phelps     nathan_phelps@fd.org, geri_wynhof@fd.org

**2:25–mj–00316–JCB–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carlos A. Esqueda (carlos.esqueda@usdoj.gov, caseview.ecf@usdoj.gov,
erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Nathan K. Phelps (geri_wynhof@fd.org,
nathan_phelps@fd.org), Magistrate Judge Jared C. Bennett (utdecf_bennett@utd.uscourts.gov)
--Non Case Participants: Finance Department (utdecf_forders@utd.uscourts.gov)
--No Notice Sent:

Message-Id:6103717@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00316-JCB USA v. Ratliff Order on Motion to Appoint
Counsel
```
Content-Type: text/html

**If you need assistance, call the Help Desk at (801)524-6100.**

## US District Court Electronic Case Filing System

### District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 4/1/2025 at 2:49 PM MDT and filed on 4/1/2025

| | |
|---|---|
| **Case Name:** | USA v. Ratliff |
| **Case Number:** | 2:25-mj-00316-JCB |
| **Filer:** | |
| **Document Number:** | 14(No document attached) |

**Docket Text:**
  **DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Reich Ratliff Nathan K. Phelps for John Reich Ratliff appointed. No attached document.**

**Representation shall continue for any post-sentencing activities initiated by the US Probation Office.**

Signed by Magistrate Judge Dustin B. Pead on 04/01/2025. (tls)
**2:25-mj-00316-JCB-1 Notice has been electronically mailed to:**

Carlos A. Esqueda    carlos.esqueda@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

Nathan K. Phelps    nathan_phelps@fd.org, geri_wynhof@fd.org

**2:25-mj-00316-JCB-1 Notice has been delivered by other means to:**

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
#### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify Below)*

IN THE CASE OF

US  V.  Ratliff

FOR

AT

| LOCATION NUMBER |
|---|

**PERSON REPRESENTED** *(Show your full name)*

John Ratliff

| | |
|---|---|
| 1 ☑ Defendant - Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Supervised Release Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other *(Specify)* | |

**DOCKET NUMBERS**

Magistrate Judge
2:25-mj-00316

District Court

Court of Appeals

**CHARGE/OFFENSE** *(Describe if applicable & check box→)*  ☐ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | | |
|---|---|---|
| **INCOME & ASSETS** | **EMPLOYMENT** | Do you have a job? ☐ Yes ☑ No<br>**IF YES,** how much do you earn per month? _____<br>Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown |
| | **PROPERTY** | Do you own any of the following, and if so, what is it worth?<br>**APPROXIMATE VALUE**      **DESCRIPTION & AMOUNT OWED**<br>Home $ _____  _____<br>Car/Truck/Vehicle $ _____  _____<br>Boat $ _____  _____<br>Stocks/bonds $ _____  _____<br>Other property $ _____  _____ |
| | **CASH & BANK ACCOUNTS** | Do you have any cash, or money in savings or checking accounts? ☐ Yes ☑ No<br>**IF YES,** give the total approximate amount after monthly expenses $ _____ |

How many people do you financially support? 0

| | BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|---|
| **OBLIGATIONS, EXPENSES, & DEBTS** | Housing | $ 100 | $ |
| | Groceries | $ 100 | $ |
| | Medical expenses | $ | $ |
| | Utilities | $ | $ |
| | Credit cards | $ | $ |
| | Car/Truck/Vehicle | $ | $ |
| | Childcare | $ | $ |
| | Child support | $ 100 | $ |
| | Insurance | $ | $ |
| | Loans | $ | $ |
| | Fines | $ | $ |
| | Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

all rights reserved
all applicable

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Apr 1, 2025
Date

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:25-mj-00316 JCB |
| | ) | |
| John Reich Ratliff | ) | Charging District's Case No. 5:25-mj-137 |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_
Central District of California.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☑     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐  preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     04/01/2025

_w/ all applicable rights reserved_
_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Nathan Phelps
_____
_Printed name of defendant's attorney_

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:25-mj-00316 JCB |
| | ) | |
| John Reich Ratliff | ) | Charging District's |
| *Defendant* | ) | Case No.  5:25-mj-137 DUTY |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____California_____ ,

*(if applicable)* _____Central_____ division.  The defendant may need an interpreter for this language:

N/A_____ .

The defendant:    ☐  will retain an attorney.

☒  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  _____04/01/2025_____    _____

*Judge's signature*

Dustin B. Pead, Chief United States Magistrate Judge

*Printed name and title*